

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 22, 2023

**BY EMAIL**
The Honorable Paul E. Davison
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Ivan Jackson*, 23 Mag. 1130**

Dear Judge Davison:

    The Government writes respectfully to request that the Court unseal the Complaint, 23 Mag. 1130, and related arrest warrant in the above-referenced case, as the defendant has been arrested.

So Ordered 2/22/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: __/s/_____
Ryan W. Allison
Assistant United States Attorney
Southern District of New York
(914) 993-1953

cc:    Counsel of Record (by Email)