# FOY & SEPLOWITZ
### attorneys at law

| | |
|---|---|
| 105 MAIN STREET<br>HACKENSACK, NJ 07601<br>TEL: 201-457-0071<br>FAX: 201-457-0072 | 30 WALL STREET<br>8TH FLOOR<br>NEW YORK, NY 10005<br>TEL: 212-709-8230 |

WWW.FOYSEPLOWITZ.COM

May 9, 2023

**MEMO ENDORSED**

FILED VIA ECF

Honorable Paul Davison, MJ
Federal Building and US Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/23

  Re: *US v. Ivan Jackson*
    Dkt. # 23 mj 1130
    **Clarification of Release Conditions**

Dear Judge Davison:

On February 22, 2023, the court denied the Government's application for pre-trial detention and authorized Mr. Jackson's release with conditions. In pertinent part, the court ordered that Mr. Jackson "refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner." Mr. Jackson was prescribed marijuana by a licensed medical practitioner prior to his arrest, and he presented it to pre-trial services. In response, pre-trial services has requested that we get a court order specifically authorizing Mr. Jackson to be permitted to use the prescribed marijuana, which is consistent with the release conditions already in place.

Based upon the foregoing, Mr. Jackson is requesting permission to possess and use marijuana as prescribed by his licensed medical practitioner. Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

cc: AUSA Ryan Allison
   PTS Officer Andrew Abbott

*Mr. Jackson may do so consistent with his prescription.*

**APPLICATION GRANTED**

Hon. Paul E. Davison, U.S.M.J
5/9/23